## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## SCRANTON DIVISION

|  |  |  |
|---|---|---|
| **JAMES EVERETT SHELTON, CHRISTIAN TORRES, and M&P REAL ESTATE INVESTORS LLC, a New Jersey limited liability company,** individually and on behalf of all others similarly situated, | : : : : : : : | CIVIL ACTION – LAW<br><br>**No.** 3:26-cv-02320-KM |
| Plaintiffs | : : | JURY TRIAL DEMANDED |
| v. | : : |  |
| **EMERALD LAKES ASSOCIATION, INC.** | : : : : |  |
| Defendant | : : : |  |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff M&P Real Estate Investors LLC certifies that it is a nongovernmental corporate party, that it does not have any parent corporation, that it is not a publicly held corporation, and that no publicly held corporation owns 10% or more of its stock.

Plaintiff,

1

By Counsel

Dated: August 12, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

I, Andrew Roman Perrong, hereby certify that this document was filed

through the ECF System.

DATED this August 12, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

2