# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON, ET AL.** | |
| *Plaintiff* | Civil Action No.:  **3:26–CV–02320–KM** |
| v. | Hon. Karoline Mehalchick |
| **EMERALD LAKES ASSOCIATION, INC.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

     SEE COMPLAINT

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Andrew Roman Perrong
     Perrong Law LLC
     1669 Edgewood Road
     Suite 218
     Yardley, PA 19067

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**PETER J. WELSH**

*CLERK OF COURT*

  **s/ – Christine A Crecco**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026–08–12 12:18:51**, Clerk USDC MDPA

Civil Action No.:  **3:26−CV−02320−KM**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) <u>EMERALD LAKES ASSOCIATION, INC.</u>

was received by me on (date)_____<u>08/13/2026</u>_____ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual)_____<u>JOANNA HOFFMAN</u>_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

____<u>EMERALD LAKES ASSOCIATION, INC.</u>____ on (date) ___<u>08/13/2026</u>___ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ __<u>50.00</u>__ for travel and $ __<u>50.00</u>__ for services, for a total of $_____<u>100.00</u>____ .

I declare under penalty of perjury that this information is true.


_____<u>08/13/2026</u>_____
Date

<u>_____</u>
*Server's Signature*

<u>JESANIEL MARRERO, Process Server</u>
*Printed name and title*


411 Brandywine Lane
<u>King of Prussia, PA 19406</u>
*Server's Address*


Additional information regarding attempted service, etc:

On August 13, 2026, at 8:15 AM, I served the Summons, Complaint, Civil Cover Sheet, Rule 7.1 Disclosure Statement, and Case Assignment Order entered August 12, 2026 upon Defendant Emerald Lakes Association, Inc. pursuant to Fed. R. Civ. P. 4(h)(1)(A) and Pa. R.C.P. 424(2) by personally handing true and correct copies of those documents to Joanna Hoffman at 1112 Glade Drive, Long Pond, PA 18334. That address is Defendant's regular place of business and principal administrative office. Ms. Hoffman is employed by Defendant as its receptionist and office manager and identified herself as the person in charge of the Defendant's office at the time of service. I informed Ms. Hoffman of the nature of the documents.