**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON, et al.** | : | **CIVIL ACTION – LAW** |
| | : | |
| v. | : | **No. 3:26-CV-02320-KM** |
| | : | |
| **EMERALD LAKES** | : | |
| **ASSOCIATION, INC.** | : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURTS:

Kindly enter my appearance on behalf of Defendants, **Emerald Lakes Association, Inc.,** in the above-captioned matter.

**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

DATE: 9/2/2026

BY: /s/ Paul C. Troy

PAUL C. TROY, ESQUIRE
Attorney I.D. No.: PA 60875
4 Sentry Parkway East, Suite 100
Blue Bell, PA 19422
T: (610) 275-2000
F: (610) 275-2018
ptroy@kanepugh.com