**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON, et al.** | : | **CIVIL ACTION – LAW** |
| | : | |
| v. | : | **No. 3:26-CV-02320-KM** |
| | : | |
| **EMERALD LAKES ASSOCIATION, INC.** | : | |

**CERTIFICATE OF SERVICE**

I, Thomas J. Zimmerman, counsel for Defendant, Emerald Lakes Association Inc., certify that I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** to be served on all counsel as follows:

VIA ECF NOTIFICATION
Andrew R. Perrong, Esquire
1669 Edgewood Road, Suite 218
Yardley, PA 19067
a@perronglaw.com
*Counsel for Plaintiff*

**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

DATE: 9/2/2026

BY: /s/ Thomas J. Zimmerman
PAUL C. TROY, ESQUIRE
THOMAS J. ZIMMERMAN, ESQUIRE
Attorney I.D. Nos.: PA 60875 / 316288
4 Sentry Parkway East, Suite 100
Blue Bell, PA 19422
T: (610) 275-2000
F: (610) 275-2018
ptroy@kanepugh.com
tzimmerman@kanepugh.com