**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON, et al.** | : | |
| | : | |
| v. | : | **No. 3:26-cv-02320-KM** |
| | : | |
| **EMERALD LAKES** | : | |
| **ASSOCIATION, INC.** | : | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Defendant, Emerald Lakes Association, Inc. certifies that it is a non-governmental, non-profit corporation, that it is not a publicly-held corporation, that it does not have a parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

**KANE, PUGH, KNOELL, TROY**
**& KRAMER, LLP**

DATE: 9/2/2026 BY: /s/ Paul C. Troy

PAUL C. TROY, ESQUIRE
THOMAS J. ZIMMERMAN, ESQUIRE
Attorney I.D. Nos.: PA 60875 / 316288
4 Sentry Parkway East, Suite 100
Blue Bell, PA 19422
T: (610) 275-2000
F: (610) 275-2018
ptroy@kanepugh.com
tzimmerman@kanepugh.com