**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON, et al.** | : | |
| | : | |
| v. | : | **No. 3:26-cv-02320-KM** |
| | : | |
| **EMERALD LAKES** | : | |
| **ASSOCIATION, INC.** | : | |

**MOTION TO DISMISS**

Defendant, Emerald Lakes Association, Inc. ("ELA" or the "Association"), by and through its counsel, Kane, Pugh, Knoell, Troy & Kramer, LLP, hereby moves this Honorable Court to enter an Order dismissing Plaintiffs' Complaint, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Based on the facts presented in the Complaint, Plaintiffs have failed to state a claim against ELA under the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. § 201-1 *et seq.* (the "UTPCPL"), as renting property is a commercial purpose that falls outside the scope of the UTPCPL, and Plaintiffs have not articulated fraudulent or deceptive conduct on the part of the Association. Furthermore, Plaintiffs have not articulated a plausible claim against ELA under the Pennsylvania Uniform Planned Community Act, 68 Pa.C.S. § 5101 *et seq.* (the "UPCA"), as the "Rental Fee Program" described in the Complaint constitutes a valid exercise of the Association's authority.

Pursuant to Local Rule 7.5, a brief in support of this motion will be filed on or before September 17, 2026.

Respectfully submitted,

**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

DATE: 9/3/2026 BY: */s/ Thomas J. Zimmerman*

PAUL C. TROY, ESQUIRE
THOMAS J. ZIMMERMAN, ESQUIRE
Attorney I.D. Nos.: PA 60875 / 316288
4 Sentry Parkway East, Suite 100
Blue Bell, PA 19422
T: (610) 275-2000
F: (610) 275-2018
ptroy@kanepugh.com
tzimmerman@kanepugh.com