**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON, et al.** | : | |
| | : | |
| v. | : | **No. 3:26-cv-02320-KM** |
| | : | |
| **EMERALD LAKES** | : | |
| **ASSOCIATION, INC.** | : | |

**ORDER**

**AND NOW**, this day of , 2026, upon consideration of the Motion to Dismiss filed by Defendant, Emerald Lakes Association, Inc., and any response thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.

Count I of Plaintiffs' Complaint, relating to alleged violations of the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. § 201-1 *et seq.*, is **DISMISSED, WITH PREJUDICE**.

Counts II & III of Plaintiffs' Complaint, relating to alleged violations of the Pennsylvania Uniform Planned Community Act, 68 Pa.C.S. § 5101 *et seq.*, are **DISMISSED, WITH PREJUDICE**.

**BY THE COURT:**

______________________________

**KAROLINE MEHALCHICK**
**United States District Judge**