**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON, et al.** | : | |
| | : | |
| v. | : | **No. 3:26-cv-02320-KM** |
| | : | |
| **EMERALD LAKES** | : | |
| **ASSOCIATION, INC.** | : | |

## CERTIFICATE OF SERVICE

I, Thomas J. Zimmerman, counsel for Defendant, Emerald Lakes Association, Inc., certify that I caused a true and correct copy of the foregoing **MOTION TO DISMISS** to be served on all counsel of record as follows:

VIA ECF NOTIFICATION
Andrew R. Perrong, Esquire
1669 Edgewood Road, Suite 218
Yardley, PA 19067
a@perronglaw.com
*Counsel for Plaintiffs*

**KANE, PUGH, KNOELL, TROY**
**& KRAMER, LLP**

DATE: 9/3/2026 BY: */s/ Thomas J. Zimmerman*

PAUL C. TROY, ESQUIRE
THOMAS J. ZIMMERMAN, ESQUIRE
Attorney I.D. Nos.: PA 60875 / 316288
4 Sentry Parkway East, Suite 100
Blue Bell, PA 19422
T: (610) 275-2000
F: (610) 275-2018
ptroy@kanepugh.com
tzimmerman@kanepugh.com