**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON, et al.** | : | |
| | : | |
| v. | : | **No. 3:26-cv-02320-KM** |
| | : | |
| **EMERALD LAKES** | : | |
| **ASSOCIATION, INC.** | : | |

**CERTIFICATE OF NONCONCURRENCE**

I, Thomas J. Zimmerman, counsel for Defendant, Emerald Lakes Association, Inc., certify that I conferred with Plaintiffs' counsel regarding the foregoing **MOTION TO DISMISS**.

Plaintiffs do not concur in the relief sought by Defendant.

**KANE, PUGH, KNOELL, TROY**
**& KRAMER, LLP**

DATE: 9/3/2026 BY: */s/ Thomas J. Zimmerman*

PAUL C. TROY, ESQUIRE
THOMAS J. ZIMMERMAN, ESQUIRE
Attorney I.D. Nos.: PA 60875 / 316288
4 Sentry Parkway East, Suite 100
Blue Bell, PA 19422
T: (610) 275-2000
F: (610) 275-2018
ptroy@kanepugh.com
tzimmerman@kanepugh.com