**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON, et al.** | : | |
| | : | **NO. 3:26-CV-02320** |
| v. | : | |
| | : | |
| **EMERALD LAKES ASSOCIATION, INC.** | : | **(MEHALCHICK, J.)** |
| | : | |

**CERTIFICATE OF NONCONCURRENCE**

I, Thomas J. Zimmerman, counsel for Defendant, certify that I conferred with Plaintiffs' counsel regarding the foregoing **BRIEF IN SUPPORT OF MOTION TO DISMISS**, by way of email correspondence and telephone on September 1, 2026, and email correspondence on September 3, 2026.

Plaintiffs do not concur in the relief sought by Defendant.

**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

DATE: 9/17/2026 BY: */s/ Thomas J. Zimmerman*
PAUL C. TROY, ESQUIRE
THOMAS J. ZIMMERMAN, ESQUIRE