**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON, et al.** | : | |
| | : | **NO. 3:26-CV-02320** |
| v. | : | |
| | : | |
| **EMERALD LAKES ASSOCIATION, INC.** | : | **(MEHALCHICK, J.)** |
| | : | |

**CERTIFICATE OF SERVICE**

I, Thomas J. Zimmerman, counsel for Defendant, certify that I caused a true and correct copy of the **BRIEF IN SUPPORT OF MOTION TO DISMISS** to be served on all counsel of record, as follows:

VIA ECF NOTIFICATION
Andrew R. Perrong, Esquire
1669 Edgewood Road, Suite 218
Yardley, PA 19067
a@perronglaw.com

**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**

DATE: 9/17/2026 BY: */s/ Thomas J. Zimmerman*
PAUL C. TROY, ESQUIRE
THOMAS J. ZIMMERMAN, ESQUIRE