# TABLE OF CONTENTS
## Exhibits to Brief in Support of Motion to Dismiss

**Exhibit A:** ELA's Declaration of Protective Covenants, Restrictions, Exceptions, Reservations and Conditions

**Exhibit B:** Trial Court Opinion in the matter of *Reilly et. al. v. Arrowhead Lake Cmty. Ass'n*, Monroe County Court of Common Pleas, No. 8215-CV-2022