**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**SCRANTON DIVISION**

| | |
|---|---|
| **JAMES EVERETT SHELTON,** individually and on behalf of all others similarly situated, et al.<br><br>Plaintiffs<br>v.<br><br>**EMERALD LAKES ASSOCIATION, INC.**<br><br>Defendant | CIVIL ACTION – LAW<br><br>No. 3:26-cv-02320-KM<br><br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO EXCEED WORD LIMITS

Pursuant to Local Rule 7.08(b), Plaintiffs respectfully request leave of court to exceed the word limits on their anticipated opposition to the Defendant's motion to dismiss by 1,000 words, for a total of 6,000 words. This request is unopposed and necessary due to both the complexity of the motion as well as extensive use of quoted material and long-form citations. Pursuant to Local Rule 7.08(b)(3), this request is being made at least two working days before the opposition is due.

Plaintiff,
By Counsel

Dated: September 24, 2026

*/s/ Andrew Roman Perrong*

Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

**CERTIFICATE OF SERVICE**

I, Andrew Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this September 24, 2026.

*/s/ Andrew Roman Perrong*

Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com