**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**SCRANTON DIVISION**

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON,** individually and on behalf of all others similarly situated, et al. | : | CIVIL ACTION – LAW |
| | : | No. 3:26-cv-02320-KM |
| Plaintiffs | : | |
| v. | : | |
| **EMERALD LAKES ASSOCIATION, INC.** | : | JURY TRIAL DEMANDED |
| Defendant | : | |

**[PROPOSED ORDER GRANTING]**
**UNOPPOSED MOTION TO EXCEED WORD LIMITS**

This matter having come before the Court on the Unopposed Motion of Plaintiffs to exceed word limits by 1,000 words to 6,000 words for their opposition to the Defendant's Motion to Dismiss, IT IS HEREBY ORDERED that the Motion is GRANTED.

DATED this ______________________.

______________________________
J.