**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**SCRANTON DIVISION**

| | |
|---|---|
| **JAMES EVERETT SHELTON, CHRISTIAN TORRES, and M&P REAL ESTATE INVESTORS LLC, a New Jersey limited liability company,** individually and on behalf of all others similarly situated, | CIVIL ACTION – LAW |
| Plaintiffs | No. 3:26-cv-02320-KM |
| v. | (Judge Mehalchick) |
| **EMERALD LAKES ASSOCIATION, INC.** | JURY TRIAL DEMANDED |
| Defendant | |

**[PROPOSED ORDER DENYING]**

**DEFENDANT'S MOTION TO DISMISS**

AND NOW, this ______________ day of _____________, 2026, it is ORDERED that the Defendant's Motion to Dismiss is hereby DENIED.

IT IS SO ORDERED.

*BY THE COURT:*

________________________, J.